**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PLASTI DIP INTERNATIONAL, INC.                    **Civil No. 14-cv-1831 (JRT/SER)**

      Plaintiff,

v.                                                                    **ORDER ADOPTING REPORT AND**
                                                                        **RECOMMENDATION**

RUST-OLEUM BRANDS COMPANY and
RUST-OLEUM CORPORATION,

      Defendants.

---

      Kristine M. Boylan, Patrick S. Williams, John Degnan, Michael Sawers, Scott Flaherty, and Ruvin S. Jayasuriya, Esqs., **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for Plaintiff.

      Christopher A. Pinahs, Mark Schuman, and Peter Kohlhepp, **CARLSON CASPERS**, 225 South Sixth Street, Suite 4200, Minneapolis, MN 55402 for Defendants.

      Raymond Rundelli, Jennifer Wick, Nathan Sellers, Ronald McMillan, and John Timothy Wiedemann, Esqs., **CALFEE HALTER & GRISOLD LLP**, 1405 East Sixth Street, Cleveland, OH 44114-1607, for Defendants.

---

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated February 13, 2017 [Docket No. 212]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants Rust-Oleum Brands Company and Rust-Oleum Corporation's Motion to Exclude Opinions and Testimony of Larry G. Chiagouris, Ph.D. [Doc. No. 166] is **GRANTED in part** and **DENIED in part** consistent with the Report and Recommendation.

Dated: March 6, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Judge